TOWNSEND THORN, as Executor of MARY A. SMITH, Deceased, Respondent, *v.* HENRY HALL, JR., Appellant.

*Thorn* v. *Hall*, 10 App. Div. 412, affirmed.
(Argued June 22, 1899; decided October 3, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 17, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George E. Miner* for appellant.

*Henry Bacon* and *John J. Beattie* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

UNION BANK OF ROCHESTER, Appellant, *v.* FREDERICK A. SHERWOOD, Respondent, Impleaded with Others.
COMMERCIAL BANK and MENZO VAN VOORHIS, Appellants, *v.* THE SAME, Respondent.

Reported below, 20 App. Div. 70; 31 App. Div. 635.
(Submitted October 2, 1899; decided October 3, 1899.)

MOTION to prefer under subdivision 12, section 791, Code of Civil Procedure, appeals by permission from judgments of the Appellate Division of the Supreme Court in the fourth judicial department, entered respectively June 16, 1898, and October 18, 1897, affirming that part of judgments entered upon a decision of the court which dismissed the complaints as to the defendant Sherwood on trial at Special Term.

Also motion that the two appeals be argued together upon printed case and briefs to be submitted in the case of *Commercial Bank* v. *Sherwood.*

*Hubbell & McGuire* for motion.

No one opposed.

Motion granted.